UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE: )
)
David and Barbara Hamby ) CASE NO. 05-42406
)
Debtor )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO: Lafayette Orthopedic Clinic, C/O NCO Financial, 405 Sagamore Parkway South, # A3, Lafayette, IN  47905

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $28.21 into the Registry Account with the U.S. Bankruptcy Court.  On December  3, 2010 the Trustee issued Check No. 103931 to Lafayette Orthopedic Clinic, C/O NCO Financial at the address above.  This check was returned with a letter stating that NCO Financial is no longer servicing the loan but no further information was provided.  The Trustee voided the check and placed a "reserve" on future disbursements to the creditor so the funds would be turned over to the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 18th day of April, 2011.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 18th day of April, 2011 to:

Lafayette Orthopedic, C/O NCO Financial, 405 Sagamore Parkway South, #A3, Lafayette, IN  47905

United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601

Michael McIlree, P. O. Box 1446, Valparaiso, IN 46384

                                    /s/ David A. Rosenthal
                                    David A. Rosenthal
                                    Chapter 13 Trustee
                                    P.O. Box 505
                                    Lafayette, IN 47902
                                    (765) 742-8248